UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. James Henry Schingler                    Docket No. 5:02-CR-291-1BO

**Petition for Action on Supervised Release**

COMES NOW David W. Leake, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of James Henry Schingler, who, upon an earlier plea of guilty to Bank Robbery, in violation of 18 U.S.C. 2113(a), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on June 19, 2003, to the custody of the Bureau of Prisons for a term of 180 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

James Henry Schingler was released from custody on December 19, 2016, at which time the term of supervised release commenced.

On February 16, 2017, due to a positive drug test for cocaine, the court approved a Petition for Action that added the DROPS condition, and required the defendant to serve 2 days in jail. The jail time has not yet been scheduled by the Bureau of Prisons.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On February 4, 2017, the defendant attended his appointment for a comprehensive clinical substance abuse assessment. The assessment could not be completed in its entirety on that date, and the defendant is scheduled to return to Coastal Horizons on March 13, 2017. However, based upon the information obtained, the therapist is recommending psychiatric services, to include a psychiatric evaluation, individual mental health counseling, and medication management services, if needed. Based upon that recommendation, it is requested that the condition providing for mental health treatment be added. The defendant is in agreement with the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

James Henry Schingler
Docket No. 5:02-CR-291-1BO
Petition For Action
Page 2

Reviewed and approved,

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ David W. Leake
David W. Leake
U.S. Probation Officer
2 Princess Street, Suite 308
Wilmington, NC 28401-3958
Phone: 910-679-2045
Executed On: March 9, 2017

## ORDER OF THE COURT

Considered and ordered this __13__ day of __March__, 2017, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge